ACCEPTED
03-15-00209-CR
7429952
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 11:24:57 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00209-CR

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/19/2015 11:24:57 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| DEANDREE DWIGHT JOSEPH aka DEANDRE DWIGHT PARKS | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 403RD JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-15-904009

## STATE'S THIRD MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Aggravated Assault with a Deadly Weapon and Attempted Arson, the appellant filed his notice of appeal in the above cause on April 7, 2015. Appellant filed a brief on July 20, 2015.

(b)    The State's brief is currently due on **October 19, 2015**.

1

(c)     This request is that the deadline for filing the State's brief be extended by **30 days**.

(d)     The number of previous extensions of time granted for submission of the **State's** brief is: **two**.

(e)     The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in two other pending appellate cases, (i.e. *Howard Thomas Douglas v. State of Texas,* No. 03-14-00605-CR; and *Thomas Joseph Krausz v. State of Texas,* No. 03-15-00110-CR).  The undersigned attorney is also responsible for preparing the State's brief in another pending appellate case (i.e. *Linda Woodman v. State of Texas,* No. 14-15-00032-CR and 14-15-00033-CR).

2. This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **November 18, 2015.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney
State Bar No. 06022700
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Lisa.Stewart@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 269 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count.  I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney


## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of October, 2015, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Randy Schaffer, Attorney at Law, 1301 McKinney, Suite 3100, Houston, Texas 77010, noguilt@swbell.net.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney